Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Email: kkichline@mgmresorts.com

*Attorney for Defendant*
*MGM Grand Hotel, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR A. LIBUTAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL LLC, a Domestic Limited-Liability Company.<br><br>Defendants. | Case No.: 2:20-cv-00304-RFB-NJK<br><br>**JOINT MOTION TO TEMPORARILY STAY PROCEEDINGS** |

Plaintiff Salvador A. Libutan ("Plaintiff") and Defendant MGM Grand Hotel, LLC ("Defendant" or "MGM Grand"), by and through their counsel of record, jointly request this Court to temporarily stay discovery and all proceedings in this case until June 1, 2020, which is a period of sixty-nine (69) days from the date this joint motion is being filed.

## I. STATEMENT OF FACTS

### 1. Procedural History of This Case.

Plaintiff's Complaint was filed on February 12, 2020 (ECF No. 1) and served on Defendant on February 18, 2020. *See* ECF No. 6.

On March 10, 2020, Defendant filed a Partial Motion to Dismiss Plaintiff's Complaint ("Motion to Dismiss"), ECF. No. 8. Plaintiff's Response to the Motion to Dismiss is presently due to be filed by March 24, 2020.

The parties' Discovery Plan and Proposed Scheduling Order is presently due to be filed by April 24, 2020 (*see* Docket 8); thus, no scheduling order has yet been entered, nor have any other dates yet been scheduled by the Court in this case.

### 2. Events Since Defendant's Motion to Dismiss Was Filed.

On March 11, 2020, the World Health Organization ("WHO") publicly characterized the Coronavirus (COVID-19) as a pandemic. *See* https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020 (accessed March 21, 2020).

On March 12, 2020, Governor Steve Sisolak issued a Declaration of Emergency for the State of Nevada. *See* http://gov.nv.gov/uploadedFiles/govnewnvgov/Content/News/Press/2020/Declaration%20of%20_Emergency%20re%20COVID.pdf (accessed March 21, 2020).

On March 13, 2020, President of the United States Donald Trump declared a nationwide emergency. *See* COVID-19 Declaration of Emergency Directive 002, http://gov.nv.gov/News/Emergency_Orders/2020/2020-03-15_-_COVID-19_Declaration_of_Emergency_Directive_001/ (accessed March 21, 2020).

Effective March 17, 2020, MGM Grand closed for an undetermined period of time and currently remains closed. *See* https://investors.mgmresorts.com/investors/news-releases/press-release-details/2020/MGM-Resorts-International-Statement-On-Temporary-Closure-Of-Las-Vegas-Properties/default.aspx (accessed March 21, 2020).

On March 18, Governor Sisolak ordered all gaming establishments, including MGM Grand, to close until at least April 16, 2020. *See* COVID-19 Declaration of Emergency Directive 002, http://gov.nv.gov/News/Emergency_Orders/2020/2020-03-18_-_COVID-19_Declaration_of_Emergency_Directive_002/ (accessed March 21, 2020).

On March 20, 2020, Governor Sisolak directed non-essential businesses to close until at least April 16, 2020. *See* COVID-19 Declaration of Emergency Directive 003, http://gov.nv.gov/News/Emergency_Orders/Emergency_Orders/ (accessed March 21, 2020).

## II. LEGAL STANDARD

"District courts have discretion to stay the proceedings before them in light of their inherent power to control their own dockets and promote judicial economy." *Robben v. Carson City*, No. 3:13-cv-0438-RFB-VPC, 2016 U.S. Dist. LEXIS 52197, at *2-3 (D. Nev. Apr. 19, 2016) citing *Lockyer v.*

*Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005); *Landis v. North Am. Co.*, 299 U.S. 248, 255 (1936). Although stays are disfavored, a stay may be granted when the request is for a limited duration, with a defined end point, and the risk of harm to another party is absent. *Dependable Highway Express, Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007). This is a joint motion by the parties and, therefore, no prejudice to either party will result from the granting of the stay requested.

Navigating the COVID-19 local, national, and global public health emergency has imposed an enormous drain upon MGM Grand's resources. This unprecedented disruption in MGM Grand's business would cause extreme difficulty in its participation in an Early Neutral Evaluation, which will be required pursuant to LR 16-6. Moreover, the unavailability of witnesses and documents due to the closure of MGM Grand will significantly infringe on both parties' ability to "meaningfully participate in the discovery process," which is an appropriate basis for staying proceedings. *Sears v. Russell Rd. Food & Bev.*, No. 2:19-cv-01091-APG-NJK, 2020 U.S. Dist. LEXIS 44385, at *4 (D. Nev. Mar. 13, 2020).

Until present, Governor Sisolak has stopped short of ordering Nevadans to "shelter in place," which would prohibit persons from leaving their homes except in certain extremely narrow and specific circumstances; however, this public health emergency and the attendant limitations have been fluid, sometimes changing dramatically from one day to the next.[1] The situation is expected to continue to worsen in the immediate future. For these reasons, the parties submit that these extenuating circumstances make a stay of proceedings appropriate in this case. Cf. *Parkway Gallery Furniture, Inc. v. Kittinger/Pennsylvania House Group, Inc.*, 116 F.R.D. 363, 365-66 (M.D.N.C. 1987) ("Good cause" shown when there are "extenuating circumstances."); *Johnson v. Mammoth Recreations*, 975 F.2d 604, 610 (9th Cir. 1992).

The parties further request that the due date for Plaintiff's response to Defendant's Motion to Dismiss be set for 14 days from the latter of: June 1, 2020; or, until the date that any stay this Court may grant has been lifted.

---

[1] Further, local, state and federal authorities have emphasized the need for social distancing and urged persons to avoid human contact. *See, e.g.*, https://www.osha.gov/Publications/OSHA3990.pdf; http://www.clarkcountynv.gov/public-communications/news/Pages/Clark-County-Closing-Most-Buildings-Wednesday-Due-to-Coronavirus-Concerns.aspx.

**III. CONCLUSION**

The undersigned counsel certify and represent that this request for a stay is submitted in good faith and is not intended to cause unnecessary burden or delay. For good cause shown, the parties jointly request this Court to stay discovery and all proceedings in this case until June 1, 2020.

Dated: March 22, 2020

| **HKM EMPLOYMENT ATTORNEYS LLP** | **MGM GRAND HOTEL LLC** |
|---|---|
| By: */s/Jenny L. Foley* | By: */s/ Kelly R. Kichline* |
| Jenny L. Foley, Bar #9017) | Kelly R. Kichline, Bar #10642 |
| Marta D. Kurshumova, Bar #14728) | 6385 S. Rainbow Blvd., Suite 500 |
| 1785 East Sahara, Suite 300 | Las Vegas, NV 89118 |
| Las Vegas, Nevada 89104 | Telephone: (702) 692-5651 |
| Telephone: (702) 625-3893 | Email: kkichline@mgmresorts.com |
| Email: jfoley@hkm.com | |
| Email: mkurshumova@hkm.com | *Attorney for Defendant* |
| *Attorneys For Plaintiff* | *MGM Grand Hotel, LLC* |
| *Salvador Libutan* | |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of March, 2020.

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Jenny L. Foley
Marta D. Kurshumova
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Email: jfoley@hkm.com
Email: mkurshumova@hkm.com

*Attorneys For Plaintiff*
*Salvador Libutan*

/s/ Kelly R. Kichline