**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Salvador Libutan, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM Grand, a Corporation, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendant. | **CASE NO.: 2:20-cv-00304-RFB-NJK**<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS (ECF NO. 8)**<br><br>**(FIRST REQUEST)** |

The Parties, by and through their counsel of record, hereby stipulate and agree to the following:

1. On March 10, 2020, Defendant filed its Motion to Dismiss (ECF No. 8).

2. Since the filing of that Partial Motion to Dismiss, this case remained stayed as a result of the COVID 19 Pandemic and Defendant's business closure. Such stay lifted on August 30, 2020. ECF No. 16.

3. Per the lifting of the stay, Plaintiff's Response in Opposition to Defendant's Partial Motion to Dismiss is due on September 14, 2020.

4. The Parties agree to a seven (7) day extension of time for Plaintiff to file and serve his Response in Opposition to Defendant's Partial Motion to Dismiss, meaning such Response in Opposition will be filed on or before September 21, 2020.

Page **1** of **2**

1  5. This is Plaintiff's first request for an extension of time to respond to Defendant's Motion to Dismiss and is not made for the purpose of delay. Due to the complex nature of the claims asserted in this case and the legal arguments raised in Defendant's Motion, Plaintiff and his counsel require additional time to adequately respond to the legal arguments set forth in the Motion. Thus, this request for an extension is made in good faith.

Dated: September 11, 2020.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Jenny L. Foley*
JENNY L. FOLEY (Bar No. 9017)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 625-3893
Facsimile: (702) 625-3895
Email: jfoley@hkm.com
*Attorney for Plaintiff*

Dated: September 11, 2020

**MGM GRAND HOTEL, LLC**

By: /s/ *Kelly R. Kichline*
KELLY R. KICHLINE (Bar. No. 10642)
6385 S. Rainbow Blvd. Suite. 500
Las Vegas, NV 89118
Telephone: (702) 692-5651
Facsimile: (702) 669-4501
Email: kkichline@mgmresorts.com
*Attorney for Defendant*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of September, 2020.