Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Email: kkichline@mgmresorts.com

*Attorney for Defendant*
*MGM Grand Hotel, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR A. LIBUTAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL LLC, a Domestic Limited-Liability Company.<br><br>Defendants. | **Case No.: 2:20-cv-00304-RFB-NJK**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff's Complaint in this litigation was filed on February 12, 2020 (ECF No. 1) and served on Defendant MGM Grand Hotel, LLC ("MGM Grand") on February 18, 2020. (ECF 6). On March 10, 2020 MGM Grand filed its Partial Motion to Dismiss Plaintiff's Complaint ("Motion") (ECF 8).

Due to exigent circumstances resulting from the COVID-19 pandemic, the case was stayed until August 30, 2020 (ECF 14, ECF 16).

Pursuant to this Court's Order (ECF 22), Plaintiff's Opposition to the Motion (ECF No. 23) was filed on September 21, 2020. Defendant's Reply in Support of the Motion is presently due on September 28, 2020 (ECF 23).

1

Due to Defendant's counsel's upcoming planned travel schedule and court filing deadlines in other cases, the parties have stipulated to an extension of time for Defendant to file its Reply for fourteen (14) days until October 12, 2020.  This is Defendant's first request for an extension of time within which to file its Reply in Support of its Motion. This request is made in good faith and not for purposes of improper delay.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendant MGM Grand may have additional time within which to submit its reply until Monday October 12, 2020.

| | |
|---|---|
| DATED this 23rd day of September, 2020. | DATED this 23rd day of September, 2020. |
| HKM EMPLOYMENT ATTORNEYS LLP | MGM GRAND HOTEL, LLC |
| */s/Jenny L. Foley*_____ | */s/Kelly R. Kichline*_____ |
| Jenny L. Foley, Bar #9017 | Kelly R. Kichline, Esq. |
| 1785 East Sahara, Suite 300 | Nevada Bar No.: 10642 |
| Las Vegas, Nevada 89104 | 6385 S. Rainbow Boulevard, Suite 500 |
| Telephone: (702) 625-3893 | Las Vegas, NV 89119 |
| Email: jfoley@hkm.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | *MGM Grand Hotel, LLC* |
| *Salvador Libutan* | |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  24th day of September, 2020.