**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SALVADOR LIBUTAN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND, A CORPORATION, DOES 1-50, inclusive and ROE CORPORATIONS 1-50, inclusive,<br><br>Defendant. | CASE NO.: 2:20-cv-00304-RFB-NJK<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(FIRST REQUEST)** |

Plaintiff SALVADOR LIBUTAN and Defendant MGM GRAND, A CORPORATION, by and through their counsel of record, hereby stipulate and agree to stay discovery pending the outcome of the Early Neutral Evaluation scheduled for October 28, 2020 or pending the Court's ruling on Defendant's Motion to Dismiss (ECF No. 8), which seeks full and/or partial dismissal of each of the causes of action asserted in Plaintiff's Complaint, which ever occurs first.

In assessing a request to stay discovery, the Court decides whether it is necessary to speed the parties along in discovery or whether it is appropriate to delay discovery and spare the parties the associated expense. *Tradebay, LLC v. Ebay, Inc*., 278 F.R.D. 597, 603 (D. Nev. 2011). To make this assessment, the Court takes a "preliminary peek" at the merits of the purportedly dispositive motion, though, importantly, this "preliminary peek" does not prejudge the outcome of the motion, it merely evaluates whether an order staying discovery is warranted.

*Id.* The Motion to Dismiss in this instant action is the type warranting a stay of discovery as Defendant has sought full dismissal and/or partial dismissal on all five causes of action asserted by Plaintiff. Moreover, no discovery is required to make a determination on the Motion to Dismiss and the Motion to Dismiss raises threshold legal issues (*e.g.*, statute of limitations and failure to exhaust administrative remedies). Accordingly, requiring the parties to conduct discovery on claims that may be dismissed and may not be curable by amendment would cause an unnecessary expense on the parties and potentially log the Court's docket with unnecessary discovery disputes on these claims. Additionally, because Defendant moved to dismiss the claims, Plaintiff has not been apprised of which factual allegations Defendant intends to admit, and which Defendant intends to deny. Nor has Plaintiff been apprised of the defenses Defendant intends to assert. Plaintiff believes this would limit his ability to conduct full discovery while the Motion to Dismiss is pending. Plaintiff disputes the arguments made in Defendant's Motion to Dismiss but agrees that the motion is of the type warranting a stay of discovery.

///

///

///

///

///

///

///

In light of the foregoing, the parties request a stay of discovery until a decision on Defendant's Motion to Dismiss is issued. The parties further stipulate and agree to submit their Proposed Discovery Plan and Scheduling Order within ten (10) calendar days of the conclusion of the Early Neutral Evaluation or a decision on Defendant's Motion to Dismiss, whichever comes first.

DATED this 23rd day of September, 2020.  DATED this 23rd day of September, 2020.

HKM EMPLOYMENT ATTORNEYS     MGM GRAND HOTEL, LLC

/s/ Jenny L. Foley                                  /s/ Kelly R. Kichline
Jenny L. Foley, Bar #9017                   Kelly R. Kichline, Esq.
1785 East Sahara, Suite 300               Nevada Bar No.: 10642
Las Vegas, Nevada 89104                   6385 S. Rainbow Boulevard, Suite 500
Telephone: (702) 805-8340                 Las Vegas, NV 89119
Email: jfoley@hkm.com                       Email: kkichline@mgmresorts.com

*Attorney for Plaintiff*                            *Attorney for Defendant*
*Salvador Libutan*                               *MGM Grand Hotel, LLC*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of September, 2020.

Page **3** of **3**