Scott Whitworth, NV Bar #15671
Jason Sifers, NV Bar # 14273
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Fax: (702)669-4501
Email: switworth@mgmresorts.com
Email: jsifers@mgmresorts.com

*Attorney for Defendant*
*MGM Grand Hotel, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SALVADOR A. LIBUTAN, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL LLC, a Domestic Limited-Liability Company.<br><br>Defendants. | Case No.: 2:20-cv-00304-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY BY A PERIOD OF NINETY (90) DAYS**<br><br>**(FIRST REQUEST)** |

Plaintiff Salvador A. Libutan ("Plaintiff") and Defendant MGM Grand Hotel, LLC ("Defendant" or "MGM Grand"), by and through their counsel of record, hereby stipulate and agree to extend all remaining discovery deadlines in this matter by a period of ninety (90) days. In compliance with LR 26-3 and LR IA 6-1, the parties make the request herein based upon the following:

**DISCOVERY THAT HAS BEEN COMPLETED**

Both parties have exchanged initial disclosures under Fed. R. Civ. P. 26(a). Plaintiff's initial disclosures were served on November 20, 2021 and Defendant's initial disclosures were served on October 19, 2020.

Plaintiff has served his First Request for the Production of Documents; his First Set of Interrogatories; and his First Request for Admissions. All such written discovery requests were served on December 21, 2020. Defendant served its Response to Plaintiff's First Request for the Production of Documents on February 5, 2021; its Response to Plaintiff's First Set of Interrogatories on February

4, 2021; and its Response to Plaintiff's First Request for Admissions on January 20, 2021. Defendant served initial written discovery requests on Plaintiff on March 31, 2021.

The parties are currently in the process of meeting and conferring regarding certain of Defendant's responses to Plaintiff's written discovery requests and hope to resolve their concerns without intervention by the Court.

## **REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

The parties have been attempting to resolve a discovery dispute arising from Defendant's responses to certain of Plaintiff's requests for production and interrogatories. Among other issues, the parties had a dispute regarding the temporal limit of Plaintiff's discovery requests. At a hearing on Defendant's partial motion to dismiss on March 30, 2021, Judge Boulware provided guidance to the parties regarding the permissible temporal scope of discovery. Defendant has agreed to supplement certain responses, but the parties are still actively engaged in a meet and confer regarding others. While the parties are attempting to resolve these issues informally and in good faith, the parties may ultimately require the Court's intervention. Once this matter has been resolved, whether by the parties or the Court, Plaintiff will be in a position to conduct its deposition of Defendant's Fed. R. Civ. P. 30(b)(6) designee  The parties are therefore requesting additional time to resolve these discovery issues and then proceed swiftly with the necessary depositions.

## **DISCOVERY THAT REMAINS TO COMPLETED**

As discussed above, with the parties are currently engaged in a meet and confer in an attempt to resolve a dispute regarding Defendant's discovery responses.  Plaintiff anticipates that if the issues are resolved satisfactorily, additional document production and more definite interrogatory responses will need to be served.  If such issues are not resolved, Plaintiff anticipates that motion practice will be necessary.  Additionally, Plaintiff will need to take the deposition of the Defendant under FRCP 30(b)(6) as well as potentially three other percipient witness depositions. Defendant intends to take Plaintiff's deposition and serve additional written discovery as necessary.

**PROPOSED SCHEDULE**

The parties propose the following schedule:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cut-Off Date | April 26, 2021 | **July 26, 2021** |
| Amending Pleadings/Add Parties | CLOSED | CLOSED |
| Expert Disclosures | CLOSED | CLOSED |
| Rebuttal Expert Disclosures | March 26, 2021 | CLOSED |
| Dispositive Motions | May 26, 2021 | **August 24, 2021** |
| Joint Pretrial Order | June 25, 2021 | **September 23, 2021** or 30 days after decision on dispositive motions have been entered, whichever is later. |

3.

This is the parties' first request for an extension of the discovery schedule. As discussed above, the parties hope to resolve the outstanding issues with respect to the discovery responses that have been served without the Court's assistance and believe such additional time for the remaining discovery deadlines will prove beneficial. Accordingly, this request is made in good faith and not for the purpose of delay.

Dated: March 31, 2021.

| HKM EMPLOYMENT ATTORNEYS LLP | MGM GRAND HOTEL, LLC |
|---|---|
| By: */s/ Dana Sniegocki* | By: */s/ Jason Sifers* |
| Jenny L. Foley, NV Bar #9017<br>Dana Sniegocki, NV Bar # 11715<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 625-3893 | Scott Whitworth, NV Bar #15671<br>Jason Sifers, NV Bar # 14273<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692-5651 |
| *Attorneys For Plaintiff*<br>*Salvador Libutan* | *Attorneys for Defendant*<br>*MGM Grand Hotel, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 1, 2021

4.