1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **DANA SNIEGOCKI, ESQ.**
3  Nevada Bar No. 11715
   E-mail: dsniegocki@hkm.com
4  **HKM EMPLOYMENT ATTORNEYS LLP**
   1785 East Sahara, Suite 300
5  Las Vegas, Nevada 89104
   Tel: (702) 805-8340
6  Fax: (702) 805-8340
   E-mail: jfoley@hkm.com
7  *Attorneys for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**

10  SALVADOR LIBUTAN, an Individual,
                                              **CASE NO.: 2:20-cv-00304-RFB-NJK**
11              Plaintiff,
                                              **STIPULATION AND ORDER TO**
12  vs.                                       **DISMISS WITH PREJUDICE**

13  MGM GRAND HOTEL LLC, a Domestic
    Limited-Liability Company,
14
15              Defendants.

16
       Plaintiff SALVADOR LIBUTAN ("Plaintiff"), and Defendant MGM GRAND HOTEL
17
    LLC ("Defendant"), by and through their counsel of record, hereby stipulate and agree to the
18
    dismissal of this action in its entirety, with prejudice.
19
       ///
20
       ///
21
       ///
22
       ///
23
       ///
24

1   Each party is to bear its own costs and attorneys' fees.

2   Dated this 28th day of July, 2021

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **MGM GRAND HOTEL, LLC** |
| By: */s/ Jenny L. Foley* | By: */s/ Jason Sifers* |
| Jenny L. Foley, NV Bar #9017<br>Dana Sniegocki, NV Bar # 11715<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 625-3893 | Scott Whitworth, NV Bar #15671<br>Jason Sifers, NV Bar # 14273<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692-5651 |
| *Attorneys For Plaintiff*<br>*Salvador Libutan* | *Attorneys for Defendant*<br>*MGM Grand Hotel, LLC* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

_____
**DATE**